# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Paul Vega, Petitioner

**DEFENDANTS**
Heartland Alliance For Human Needs & Human Rights

**(b) County of Residence of First Listed Plaintiff** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
TBA, i.e., to be appointed per Rule 83.29

**Attorneys (If Known)**
Ms. Barbara A. Weiner, J.D.
Office of General Counsel
Heartland Alliance

FILED
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV7220
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

- 442 Employment (marked X)

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
Employment discrimination under 42 U.S.C. §2000(e) & 15 U.S.C. §1681. Respondent refused to comply with provisions outlined in the FCRA. See attached.

**VII. PREVIOUS BANKRUPTCY MATTERS** N/A

**VIII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $   JURY DEMAND: Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

**DATE** 21 Dec 2007
**SIGNATURE OF ATTORNEY OF RECORD** Pro-Se