# United States District Court
# For The Northern District of Illinois
# At The Eastern Division

PAUL VEGA
PETITIONER

**FILED**
KC
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

E.E.O.C. CHARGE # 444-2008-00252

CASE-FILE #:

07CV7220
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

Vs.

HEARTLAND ALLIANCE
RESPONDENT

## NOTICE OF APPLICATION FOR APPEARANCE OF LITIGANTS PROCEEDING PRO-SE

The Petitioner entitled within the caption noted above, hereby files this Notice of Appearance per rule 83.16 (Appearance Procedures) of the United States District Court For Northern District Of Illinois at the Eastern Division.

> OFFICIAL SEAL
> TODD NELSON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:09/02/09

PREPARED & SUBMITTED BY;

P. Vega
Petitioner
1.603.907.2421 CELL
1.253. 498-4735 e-fax
lasvegas1999@gmail.com

CC: File

_____ 12/21/07
PUBLIC NOTARY SIGNATURE & DATE

Signed Before Me On This 21st Day of DECEMBER MMVII AD

_____     21 Dec 2007
SIGNATURE                 DATE