# United States District Court
## For The Northern District of Illinois
## At The Eastern Division

PAUL VEGA
PETITIONER

E.E.O.C. CHARGE # 444-2008-00252

CASE-FILE #:

**KC FILED**

DEC 2 6 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vs.

}

07CV7220
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

HEARTLAND ALLIANCE
RESPONDENT

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS & FINANCIAL AFFIDAVIT

I.)    The Petitioner entitled within the caption noted above, hereby files this Application per rule 83.36 (Appointment Procedures) of the United States District Court For the Northern District Of Illinois at the Eastern Division and in accord with provisions noted in 28 U.S.C. §1915(d).

II.)    The Petitioner declares that he is the moving party in the above captioned proceeding. This affidavit constitutes an application to proceed without full payment of fees and in support for the Petition For Appointment Of Consul.

III.)    The Petitioner declares that he is unable to provide the expenditure expense incurred with these proceedings due to the Respondent denying Petitioner employment constantly, which entitles the Petitioner for the relief sought in the Employment Discrimination Complaint. In support of the Application the following is submitted under penalty of perjury.

IV.)    The Petitioner is not currently employed. The Petitioner was last employed in FY 2002 in a menial position in Illinois for which is received Unemployment Insurance Compensation in the form of TUEC I.

V.)    The Petitioner is not married and has had his relationships sabotaged by the inability to secure employment and health insurance benefits in Illinois. Additionally during the past 12 months the Petitioner hasn't received more than $200 from either salaries or wages, business, professional or self-employment endeavors, rent payments, interest or dividends, pensions, social security, annuities, life insurance, disability, workers' compensation, unemployment, welfare, alimony or maintenance or child support, gifts, inheritances or any other related sources.

Page 1 of 2

# United States District Court
## For The Northern District of Illinois
## At The Eastern Division

PAUL VEGA
PETITIONER

E.E.O.C. CHARGE # 444-2008-00252

CASE-FILE #:

}

Vs.

HEARTLAND ALLIANCE
RESPONDENT

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS & FINANCIAL AFFIDAVIT

VI.)   The Petitioner doesn't have more than $200 in cash or checking or saving accounts nor does the Petitioner own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)

VII.)   The Petitioner does not own any automobiles, boats, trailers; mobile home or any other item of personal property with a current market value of more than $1,000.00 The Petitioner does not have any dependants who are dependent on the Petitioner for financial support because the Petitioner's relationships have been destroyed by the Respondent constantly denying employment to the Petitioner.

VIII.)   The Petitioner declares under penalty of perjury that the above information is correct and true. Pursuant to provisions noted in 28 U.S.C. §1915 (e)(2)(A), this Court may dismiss this cause at any time if it is determined that the allegations of poverty are u~~~~~~

OFFICIAL SEAL
TODD NELSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/02/09

PREPARED & SUBMITTED BY;

P. Vega
Petitioner
1.603.907.2421 CELL
1.253. 498-4735 e-fax
lasvegas1999@gmail.com

12/21/07

PUBLIC NOTARY SIGNATURE & DATE

Signed Before Me On This 21st Day of DECEMBER MMVII AD

SIGNATURE

DATE

CC: File

Page 2 of 2