# United States District Court
# For The Northern District of Illinois
# At The Eastern Division

PAUL VEGA
PETITIONER

E.E.O.C. CHARGE # 444-2008-00252

CASE-FILE #:

KC FILED
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vs.

07CV7220
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

HEARTLAND ALLIANCE
RESPONDENT

## APPLICATION FOR APPOINTMENT OF COUNSEL

The Petitioner within the caption noted above, hereby files this Application per rule 83.29 (Appointment of Consul) of the United States District Court For Northern District Of Illinois at the Eastern Division. The Petitioner declares that he is unable to provide the expenditure expense incurred with these proceedings due to the Respondent denying Petitioner employment constantly, which entitles the Petitioner for the relief sought in the Employment Discrimination Complaint and hereby request that this Court appoint a firm to assist the Petitioner in this proceeding. In further support of this Application, the Petitioner is not currently, nor previously has been assisted by a firm appointed by this Court in this matter captioned above or in any other civil or criminal proceeding before this Court. In additional further support of this Application, the Petitioner declares that he has attached an original Application For Leave To Proceed In Forma Pauperis in this proceeding detailing the current financial standing brought about by the Respondent constantly denying the Petitioner employment.

PREPARED & SUBMITTED BY;

P. Vega
Petitioner
1.603.907.2421 CELL
1.253. 498-4735 e-fax
lasvegas1999@gmail.com

CC: File

OFFICIAL SEAL
TODD NELSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/02/09

PUBLIC NOTARY SIGNATURE & DATE   12/27/07

Signed Before Me On This 21st Day of DECEMBER MMVII AD

_____   21 Dec 2007
SIGNATURE                          DATE