Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7220 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Paul Vega vs. Heartland Alliance | | |

**DOCKET ENTRY TEXT**

On January 3, 2008, Plaintiff was warned that if he failed to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by January 28, 2008, this action would be dismissed. For the reasons stated below, the instant action is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Paul Vega's ("Vega") motion for leave to proceed *in forma pauperis*. On January 3, 2008, we denied Vega's prior motion for leave to proceed *in forma pauperis*. We also gave Vega until January 28, 2008, to file an accurately and properly completed *in forma pauperis* application form or pay the filing fee. We also warned Vega that if he failed to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by January 28, 2008, this action would be dismissed. Vega subsequently filed the instant motion for leave to proceed *in forma pauperis*. Vega indicates on his current *in forma pauperis* application form that he is not incarcerated and that he has no significant source of income or assets. However, Vega fails to explain how he acquires the necessities of life without any income or assets. Vega also has failed to complete all the portions of his current *in forma pauperis* application form. For example, he has failed to indicate his salary or wages in his past employment. Vega was given an opportunity to properly complete an *in forma pauperis* application form or pay the filing fee by the required deadline. Vega has failed to do so. Since Vega was previously warned, we dismiss the instant action.