MAR 26 2008

F I L E D 

MAR 26 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Paul Vega, Petitioner-Appellant )  Appeal from the United States District Court for the
                                )  Northern _____ District of Illinois at the Eastern Division
                                )
v.   Case No. 07-C-7220         )  District Court No. _____
                                )
                                )  District Court Judge S. Der-Yerhiayan
Heartland Alliance, Respondent- )
Appellee                        )  Magistrate Judge Nan Nolan

**Affidavit in Support of Motion**                    **Instructions**
I swear or affirm under penalty of perjury that, because   Complete all questions in this application and then sign it.
of my poverty, I cannot prepay the docket fees of my       Do not leave any blanks: if the answer to a question is "0,"
appeal or post a bond for them. I believe I am entitled    "none," or "not applicable (N/A)," write that response. If
to redress. I swear or affirm under penalty of perjury     you need more space to answer a question or to explain
under United States laws that my answers on this form      your answer, attach a separate sheet of paper identified
are true and correct. (28 U.S.C. § 1746; 18 U.S.C. §       with your name, your case's docket number, and the
1621.)                                                     question number.
Signed: _____                                    Date: 26 March 2008

① **My issues on appeal are:** 1.) Did the Office of the Clerk for the United States District Court for the Northern District of Illinois at the Eastern Division employ a structurally defective instrument to measure the economic variables of income, assets & poverty in the process of assessing the manner in which an In Forma Pauperis Petitioner may proceed?

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): N/A | $0 | $0 | $0 | $0 |
| Total monthly income: | $0 | $0 | $0 | $0 |

② 2.) Did the District Court abuse its discretion in failing to grant Petitioner's Application For Leave To Proceed In Forma Pauperis by incorrectly correlating incarceration with the inability of an In Forma Pauperis Petitioner to "acquire[s] the necessities of life without any income or assets?"

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| White Hen | Lincoln @ Wes | FY 2002 | ≤ $500.00 |
| 7-11 | Lincoln @ Wright | FY 2002 | ≤ $750.00 |
| Labor Ready | Halsted @ Grand | FY 1998 | ≤ $600.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | 0 | 0 |
| N/A | 0 | 0 |
| N/A | 0 | 0 |
| Heartland Alliance | $5M | 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | 0 |
| N/A | N/A | 0 |
| N/A | N/A | 0 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [ ] No<br>Is property insurance included? [ ] Yes [ ] No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments)<br>Homeowner's or renter's | $ 0 | $ 0 |

      Life        $ 0    $ 0

      Health        $ 0    $ 0

      Motor vehicle        $ 0    $ 0

      Other: N/A        $ 0    $ 0

Taxes (not deducted from wages or included in mortgage payments) (specify):    $ 0    $ 0

Installment payments    $ 0    $ 0

      Motor Vehicle        $ 0    $ 0

      Credit card (name): N/A        $ 0    $ 0

      Department store (name): N/A        $ 0    $ 0

      Other: N/A        $ 0    $ 0

Alimony, maintenance, and support paid to others    $ 0    $ 0

Regular expenses for operation of business, profession, or farm (attach detail)    $ 0    $ 0

Other (specify): N/A    $ 0    $ 0

      Total monthly expenses:    $ 0    $ 0

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No   If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $ 0

If yes, state the attorney's name, address, and telephone number:

N/A

N/A

N/A

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $ _____0_____

If yes, state the person's name, address, and telephone number:

_____N/A_____

_____N/A_____

_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Denied employment constantly by Heartland Alliance since FY 2003

13. State the address of your legal residence.

1246 W. Pratt Blvd.
#1102
Chicago, IL 60626

Your daytime phone number: (___) 603-907-2421

Your age: 70+   Your years of schooling: Many

Your social-security number: 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


PREPARED & SUBMITTED BY:

P.Vega
Petitioner
1.603.907.2421 CELL
1.253.498.4735 e-fax
lasvegas1999@gmail.com

_____/_____   3/26/08
Public Notary Signature                    DATE

OFFICIAL SEAL
ELIZABETH JOHANSEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-7-2011

Signed Before Me On This 26 Day of March MMVIII AD

_____   26 March 2008
Petitioner's Signature & Date

5