# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7220 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Paul Vega vs. Heartland Alliance | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for permission for leave to appeal in forma pauperis [12] and affidavit accompanying motion [11] are denied.

■ [ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

This matter is before the court on Plaintiff Paul Vega's ("Vega") motion for leave to appeal *in forma pauperis*. Vega asserts in his *in forma pauperis* application form that he is not incarcerated and that he has no assets or income from any source. Vega also indicates he has no expenses for items such as food and clothing. Vega also indicates that he receives no assistance or income from other individuals or from sources such as unemployment, or public-assistance. Vega basically has indicated that he has no income, assets, assistance, or expenses. There is no information provided by Vega as to how Vega acquires the necessities of life such as food, clothing, and shelter without having any income, assistance, or assets. Had Vega provided the necessary information, the court would have been in a position to determine whether his motion should be granted. Vega has not provided sufficient information concerning his financial situation to enable the court to determine whether his motion for leave to appeal *in forma pauperis* should be granted, and therefore, we deny the motion.