Page 1 of 2

10/10/2007

**FILED**
J.N
APR 1 4 2008
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Paul Vega
_Plaintiff / Petitioner_

v.

Heartland Alliance
_Defendant(s) / Respondent_

CASE NUMBER 07-C-7220
JUDGE S. Der-Yeghiayan
Magistrate Judge Nan Nolan

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Paul Vega**, declare that I am the ☐plaintiff ☒petitioner ☐movant (other **N/A**) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes  ☒No   (If "No," go to Question 2)
   I.D. # **N/A**  Name of prison or jail: **N/A**
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: **N/A**

2. Are you currently employed?   ☐Yes ☒No
   Monthly salary or wages: **N/A**
   Name and address of employer: **N/A**

   a. If the answer is "No":
      Date of last employment: **FY 2002**
      Monthly salary or wages: **Hourly Wages** ⓐ
      Name and address of last employer: **White Hen Pantry**

   b. Are you married?   ☐Yes ☒No
      Spouse's monthly salary or wages: **N/A**
      Name and address of employer: **N/A**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
      Amount **∅**   Received by **N/A**   ☐Yes ☒No

ⓐ See prior pleadings for hourly wages earned at White Hen Pantry for FY 2002

Page 2 of 2

b. ☐ Business, ☐ profession or ☐ other self-employment    N/A    ☐Yes    ☒No
Amount ___0___ Received by ___N/A___

c. ☐ Rent payments, ☐ interest or ☐ dividends    N/A    ☐Yes    ☒No
Amount ___0___ Received by ___N/A___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes    ☒No
Amount ___0___ Received by ___N/A___

e. ☐ Gifts or ☐ inheritances    N/A    ☐Yes    ☒No
Amount ___0___ Received by ___N/A___

f. ☐ Any other sources (state source: ___0___)    ☐Yes    ☒No
Amount ___0___ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: ___0___
In whose name held: ___N/A___ Relationship to you: ___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ___0___ Current Value: ___0___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___0___
In whose name held: ___N/A___ Relationship to you: ___0___ ___N/A___
Amount of monthly mortgage or loan payments: ___0___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: ___N/A___
Current value: ___0___
In whose name held: ___N/A___ Relationship to you: ___N/A___

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
___N/A___ ___N/A___

**OFFICIAL SEAL**
REPA... ELIZABETH E. HUNTER BY:
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES...

Petitioner-Appellant
1.603.907.2421 CELL
1.253.498.4735 e-fax
lasvegas1999@gmail.com

_Elizabeth E. Hunter_   04/14/08
PUBLIC NOTARY SIGNATURE    DATE

Signed Before Me On This __14__ Day of April MMVIII AD

_[signature]_    14 April 2008
PETITIONER SIGNATURE    DATE