**United States District Court**
**For The Northern District Of Illinois**
**At The Eastern Division**

PAUL VEGA
PETITIONER-APPELLANT

APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS AT
THE EASTERN DIVISION
E.E.O.C. CHARGE # 444-2008-00252
CASE-FILE # 07-C-7220
MAGISTRATE JUDGE NOLAN
JUDGE S. DER-YEGHIAYAN

}

FILED
JN
APR 1 4 2008
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VS.
HEARTLAND ALLIANCE
RESPONDENT-APPELLEE

## APPLICATION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

The Petitioner-Appellant in accord with F.R. APP.P. Rule 24a5 brings this APPLICATION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS to present the following 2Qs to the 7th Circuit Court of Appeals.[a] On 3rd April 2008, the District Court issued a Minute Order which denied both of Petitioner's 26th March 2008 Application For Permission For Leave To Appeal In Forma Pauperis under Fed. Rule App. Proc Rule 24 along with Form 4 Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis and the 31st March 2008 Amended Supplemental Application For Permission For Leave To Appeal In Forma Pauperis under Fed. Rule App. Proc Rule 24 which were filed with the District Court enumerating various points that related to poverty, income, assets as outlined in his original complaint which read in part;

"Vega asserts in his in forma pauperis application from that he is not incarcerated and that he has no assets or income from any source. Vega also indicates he has no expenses for items such as food and clothing. Vega also indicates that he receives no assistance or income from other individuals or from sources such as unemployment, or public-assistance. Vega basically has indicated that he has no income, assets, assistance or expenses. There is no information provided by Vega as to how Vega acquires the necessities of life such as food, clothing and shelter without having any income, assistance or assets. Had Vega provided the necessary information, the court would have been in a position to determine whether his motion should be granted. Vega has not provided sufficient information concerning his financial situation to enable the court to determine whether his motion for leave to appeal in forma pauperis should be granted and therefore we deny the motion."

PREPARED & SUBMITTED BY;
P. Vega
Petitioner
1.603.907.2421
1.253.498-4___
lasvega___
CC: file

*Elizabeth E. Hunter* 04/14/08
PUBLIC NOTARY SIGNATURE     DATE

OFFICIAL SEAL
ELIZABETH E HUNTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/12/12

Signed Before Me On This 14 Day of April MMVIII AD 2008

_____ 14 April 2008
PETITIONER SIGNATURE & DATE

[a] **ISSUE A**
Did the Office of the Clerk for the United States District Court for the Northern District of Illinois at the Eastern Division employ a structurally defective instrument to measure the economic variables of income, assets & poverty in the process of assessing the manner in which an In Forma Pauperis Petitioner may proceed?

**ISSUE B**
Did the District Court abuse its discretion in failing to grant Petitioner's Application For Leave To Proceed In Forma Pauperis by incorrectly correlating incarceration with the inability of an In Forma Pauperis Petitioner to "acquire[s] the necessities of life without any income or assets?"