**FILED**

**APRIL 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form    TC

April 17, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 08-1939

Caption:
PAUL VEGA,
Plaintiff - Appellant

v.

HEARTLAND ALLIANCE,
Defendant - Appellee

District Court No: 1:07-cv-07220
Court Reporter Laura LaCien
Clerk/Agency Rep Michael Dobbins
District Judge Samuel Der-Yeghiayan

Date NOA filed in District Court: 04/14/2008

If you have any questions regarding this appeal, please call this office.

CC:

Laura LaCien

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**

form ID: **188**