## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7220 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Paul Vega vs. Heartland Alliance | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Plaintiff Paul Vega's ("Vega") motion for leave to proceed on appeal *in forma pauperis* [15]. On January 30, 2008, we dismissed the instant action and on March 13, 2008, we denied Vega's motion for reconsideration of the January 30, 2008, ruling. Vega subsequently filed a motion for leave to proceed on appeal *in forma pauperis*, which we denied on April 4, 2008. Whether Vega will be allowed to proceed on appeal *in forma pauperis* is no longer an issue before this court and we strike the instant motion for leave to proceed on appeal *in forma pauperis* [15] as improper.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|