

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

May 13, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Paul Vega vs. Heartland Alliance

U.S.D.C. DOCKET NO. : 07cv7220

U.S.C.A. DOCKET NO. : 08-1939

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Paul Vegas vs. Heartland Alliance.

USDC NO.    : 07cv7220

USCA NO.    : 08-1939

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 13th day of May, 2008.

MICHAEL W. DOBBINS, CLERK

By: _____

A. Rone, Deputy Clerk

APPEAL, NOLAN, TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07−cv−07220
### *Internal Use Only*

Vega v. Heartland Alliance
Assigned to: Honorable Samuel Der−Yeghiayan
Case in other court:  08−01939
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/03/2008
Date Terminated: 01/30/2008
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Paul Vega**                                    represented by   **Paul Vega**
1246 W. Pratt Blvd
Chicago, IL 60626
603−907−2421
PRO SE

V.

**Defendant**

**Heartland Alliance**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | RECEIVED Complaint and 1 copies by Paul Vega (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 3 | PRO SE Appearance by Plaintiff Paul Vega. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 4 | APPLICATION by Plaintiff Paul Vega for leave to proceed in forma pauperis. (gcy, ) (Entered: 12/27/2007) |
| 12/26/2007 | 5 | MOTION Plaintiff Paul Vega for appointment of counsel.(gcy, ) (Entered: 12/27/2007) |
| 01/03/2008 | 6 | MINUTE entry before Judge Samuel Der−Yeghiayan :For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis 4 is denied. Plaintiff is given until January 28, 2008, to file an accurately and properly completed in forma pauperis application form or pay the filing fee. Plaintiff is warned that if he fails to either file an accurately and properly completed in forma pauperis application form or pay the filing fee by January 28, 2008, this action will be dismissed. Plaintiff's motion for appointment of counsel 5 is denied.Mailed notice (mjc, ) (Entered: 01/04/2008) |
| 01/14/2008 | 7 | APPLICATION by Plaintiff Paul Vega for leave to proceed in forma pauperis. (kjc, ) (Entered: 01/16/2008) |
| 01/30/2008 | 8 | |

| | | |
|---|---|---|
| | | MINUTE entry before Judge Samuel Der–Yeghiayan : On January 3, 2008, Plaintiff was warned that if he failed to either file an accurately and properly completedin forma pauperis application form or pay the filing fee by January 28, 2008, this action would be dismissed. For the reasons stated below, the instant action is hereby dismissed. All pending dates and motions arehereby stricken as moot. Civil case terminated.Mailed notice (mjc, ) (Entered: 01/30/2008) |
| 02/21/2008 | 9 | MOTION by plaintiff Paul Vega for re–consideration of minute order of 30th January 2008 dismissal of employment discrimination complaint at law under Title 42 U.S.C. 2000(e), et al &Title 25 U.S.C. 1681, et al (FCRA). (mjc, ) (Entered: 02/25/2008) |
| 03/13/2008 | 10 | MINUTE entry before Judge Samuel Der–Yeghiayan :For the reasons stated below, Plaintiff's motion for reconsideration of the Court's minute order of 01/30/08 9 is denied.Mailed notice (mjc, ) (Entered: 03/13/2008) |
| 03/26/2008 | 11 | AFFIDAVIT ACCOMPANYING MOTION by plaintiff Paul Vega for leave to appeal in forma pauperis. (mjc, ) (Entered: 03/31/2008) |
| 03/26/2008 | 12 | APPLICATION by plaintiff Paul Vega for permission for leave to appeal in forma pauperis. (mjc, ) (Entered: 03/31/2008) |
| 03/31/2008 | 13 | AMENDED SUPPLEMENTAL APPLICATION by Paul Vega for permission for leave to appeal in forma pauperis. (mjc, ) (Entered: 04/02/2008) |
| 04/03/2008 | 14 | MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: For the reasons stated below, Plaintiff's motion for permission for leave to appeal in forma pauperis 12 and affidavit accompanying motion 11 is denied. Mailed notices (gcy, ) Modified on 4/28/2008 (gcy, ). (Entered: 04/04/2008) |
| 04/14/2008 | 15 | MOTION by Plaintiff Paul Vega for leave to appeal in forma pauperis. (air, ) (Entered: 04/16/2008) |
| 04/14/2008 | 16 | APPLICATION by Paul Vega for leave to proceed on appeal in forma pauperis. (air, ) (Entered: 04/16/2008) |
| 04/14/2008 | 17 | NOTICE of appeal by Paul Vega regarding orders 8 ,10 fee due. (air, ) (Additional attachment(s) added on 4/18/2008: #1 Main Document) (air, ). (Entered: 04/17/2008) |
| 04/14/2008 | 20 | CORRECTED notice of appeal 8 ,10 by Paul Vega. (page 22 was missing in docket entry 17). (air, ) (Entered: 04/18/2008) |
| 04/17/2008 | 18 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 17 . Notified counsel (air, ) (Entered: 04/17/2008) |
| 04/17/2008 | 19 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 04/17/2008) |
| 04/18/2008 | 21 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 17 ; USCA Case No. 08–1939. (mjc, ) (Entered: 04/21/2008) |
| 04/24/2008 | 22 | MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: This matter is before the court on Plaintiff Paul Vega's ("Vega") motion for leave to proceed on appeal informa pauperis 15 . On January 30, 2008, we dismissed the instant action and on March 13, 2008, we denied Vega's motion for reconsideration of |

| | | |
|---|---|---|
| | | the January 30, 2008, ruling. Vega subsequently filed a motion for leave to proceed on appeal in forma pauperis, which we denied on April 4, 2008. Whether Vega will be allowed to proceed on appeal in forma pauperis is no longer an issue before this court and we strike the instant motion for leave to proceed on appeal in forma pauperis_15 as improper.Mailed notice (mjc, ) (Entered: 04/25/2008) |
| 05/06/2008 | 24 | CIRCUIT Rule 3(b) Notice. (mjc, ) (Entered: 05/07/2008) |

KEY!

All circled items are included in record on appeal
All / items are not included in appeal
All S/C items are on a separate cover
All N/A items are not available