

# CERTIFIED COPY

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 4, 2008

| | | |
|---|---|---|
| No.: 08-1939 | PAUL VEGA,<br>Plaintiff - Appellant<br><br>v.<br><br>HEARTLAND ALLIANCE,<br>Defendant - Appellee | FILED<br>SEP - 4 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-07220<br>Northern District of Illinois, Eastern Division<br>Court Reporter Laura LaCien<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Samuel Der-Yeghiayan |

This cause, docketed on April 17, 2008, is DISMISSED for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 137)

*A True Copy*
*Teste:*

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit